United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/26/2023 at 7:49 AM EDT and filed on 6/26/2023

**Case Name:** Commonwealth of Puerto Rico v. 3M Company et al
**Case Number:** PR/3:23-cv-01281
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-138) - 9 action(s)** *re: pldg. (1 in ALN/2:23-cv-00729, 3 in MD/1:23-cv-01457, 3 in MD/8:23-cv-01461, [1944] in MDL No. 2873, 3 in NYS/1:23-cv-04406, 3 in NYS/1:23-cv-04678, 3 in NYS/1:23-cv-04687, 1 in NYS/1:23-cv-04868, 3 in PR/3:23-cv-01281, 3 in TXN/3:23-cv-01257)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Tiffaney D. Pete on 6/26/2023.**

**Associated Cases: MDL No. 2873, ALN/2:23-cv-00729, MD/1:23-cv-01457, MD/8:23-cv-01461, NYS/1:23-cv-04406, NYS/1:23-cv-04678, NYS/1:23-cv-04687, NYS/1:23-cv-04868, PR/3:23-cv-01281, TXN/3:23-cv-01257 (TF)**