**Subject:** MDL No. 2873 - Conditional Transfer Order (CTO-138) - CLERK'S OFFICE: ACTION REQUIRED

**In Re: MDL No. 2873, In Re Film-Forming Foams Products Liability Litigation**

**Conditional Transfer Order (#138)**

**Dear Clerk of Court:**

Attached is a certified copy of the Conditional Transfer Order from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case (or cases) currently pending in your district: *Plaintiff(s) v. 3M Company et al,* District Court Case No. *(Please refer to Schedule A of the Transfer Order for the list of case(s) in your district).* Pursuant to this order, your case(s) must be transferred to the District of South Carolina. The Honorable Richard M. Gergel will preside over this litigation.

Please file the attached, certified copy of the Transfer Order in the affected case(s), and close the case(s).

**Please transmit the record of this case to the District of South Carolina using the CM/ECF transfer functionality. Note:** Please indicate "per MDL 2873" in "Remarks for Email".

If you have any questions, please feel free to contact me by email sandra_shealy@scd.uscourts.gov or by telephone (843)579-1406.

See Attachment: Certified Copy of Transfer Order MDL No. 2873

Sincerely,



Sandra S. Shealy
Civil Case Administrator
for Honorable Richard M. Gergel
Charleston, SC
843-579-1406